Foreman Trust & Savings Bank, administrator of the estate of Frank Chandler, deceased, plaintiff in error, v. Chicago Surface Lines et al., defendants in error. Gen. No. 34,485.

Opinion filed December 2, 1931.

Irving G. Zazove, for plaintiff in error. Brown, Fox & Blumberg, for defendants in error; Frank L. Kriete, Charles LeRoy Brown and A. R. Peterson, of counsel.

Mr. Presiding Justice Hebel delivered the opinion of the court.